UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| V.A., a minor, by JACQUELINE ALEGADO, individually as parent of V.A.; et al.,<br><br>Plaintiffs,<br>vs.<br><br>ABBOTT LABORATORIES, INC.,<br><br>Defendants. | Case No. se No. 13-cv-1115-DRH-DGW |

## JURY DEMAND

The undersigned demands a trial by jury.

/s/ Christopher Cueto
*Attorney for the Plaintiffs*

Christopher Cueto
Attorney ID # 6192248
Law Office of Christopher Cueto, Ltd.
7110 West Main Street
Belleville, IL 62223
Telephone: (618) 277-1554